UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND BRIAN RUIZ,

          Plaintiff,

   v.

SNOHOMISH COUNTY JAIL,

          Defendant.

Case No. C16-0182-MJP

ORDER DISMISSING CIVIL RIGHTS COMPLAINT

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint and this action are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B); and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

//

//

//

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 1

DATED this 18th day of July, 2016.

Marsha J. Pechman
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 2